# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                      Case No. 09-CR-96

**ARMANDO HURTADO**
        **Defendant.**

## ORDER

For the reasons stated on the record, and pursuant to Fed. R. Crim. P. 35(b),

**IT IS ORDERED** that defendant's term of supervised release is terminated as of today.

Dated at Milwaukee, Wisconsin, this 12th day of March, 2014.

                                        /s Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge